**FILED**
**CLERK**

7/23/2019 2:25 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY TANZA, MICHAEL S. BOSMAN, ROBERT T. GIANI, GARY E. SOBEK, CHARLES ENGEL, FRED H. SMITH, CARMELA A. SYZMANSKI, WILLIAM R. SHANNON, BARRY DUBROW, ALEXANDER CIOFFI, LANA BONGIOVI, JIMMY ADKINS, JUSTIN A. GRIFFIN, GLENNY V. ADON, MICHAEL BONETA, DIETER KERN, DENNIS J. DELUCIE, ALBERT VELZSQUEZ, and JAMES R. HETTI, on behalf of themselves and all others similarly situated,<br><br>                                                            Plaintiffs,<br><br>                            -against-<br><br>GARDA CL ATLANTIC, INC.,<br><br>                                                            Defendant. | No. 17-CV-3185 (JMA) (AYS) |
| ANTHONY TANZA, MICHAEL S. BOSMAN, ROBERT T. GIANI, GARY E. SOBEK, CHARLES INGEL, FRED H. SMITH,  CARMELA A. SYZMANSKI, WILLIAM R. SHANNON, BARRY  DUBROW, ALEXANDER CIOFFI, LANA BONGIOVI, JIMMY  ADKINS, JUSTIN A. GRIFFIN, GLENNY V. ADON, MICHAEL  BONETA, DIETER KERN, DENNIS J. DELUCIE, ALBERT VELASQUEZ, and JAMES R. HETTI, on behalf of themselves and all others similarly situated,<br><br>                                                            Plaintiffs,<br><br>                            -against-<br><br>GARDA CL ATLANTIC, INC.,<br><br>                                                            Defendant. | No. 15-cv-04394 (JMA) (AYS) |

**ORDER SUBSTITUTING "VICTOR DUBROW, AS EXECUTOR OF THE ESTATE OF BARRY DUBROW" AS PARTY PLAINTIFF FOR BARRY DUBROW**

WHEREAS Plaintiff Barry Dubrow died on November 8, 2018; and

WHEREAS, Victor Dubrow a non-party to this litigation, has submitted, through counsel, sufficient evidence that he is the executor of the estate of Plaintiff Barry S. Dubrow,

NOW, upon application of Victor Dubrow, it is hereby

ORDERED that "Victor Dubrow, as Executor of the Estate of Barry Dubrow", is substituted as party plaintiff in the place of "Barry Dubrow" ;

ORDERED that the above caption shall be amended to reflect the substitution; and

The Clerk of the Court is directed to remove Barry Dubrow as a party plaintiff and add "Victor Dubrow, as Executor of the Estate of Barry Dubrow" as a party plaintiff in this action.

**SO ORDERED**

Dated: July 23, 2019
      Central Islip, New York

                                        /s/ (JMA)

                                     JOAN M. AZRACK
                                     UNITED STATES DISTRICT JUDGE