

Jessica Travers

Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3646

D: 904 598 8681
T: 904 798 3700
F: 904 798 3730
jessica.travers@akerman.com

March 30, 2020

**VIA ECF**
The Hon. Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

        Re:    *Anthony Tanza, et al. v. Garda CL Atlantic, Inc.*
               **Docket Numbers: 2:15-cv-04394 & 2:17-cv-03185**

Dear Judge Azrack:

This correspondence is respectfully submitted, with the consent of the Plaintiffs represented by Kyle Pulis and Scott Mishkin[1], to request a sixty (60) day extension of time of the parties' March 30, 2020 deadline to submit their supplemental papers regarding the previously filed joint motion for preliminary approval of the class action settlement. This is the second request for extension but is not interposed for the purpose of undue delay. Rather, the request is due to the press of other business and need to attend to critical issues related to COVID-19.

Accordingly, it is respectfully requested that the deadline be extended up and through June 30, 2020, to allow the parties to continue discussions on the class action settlement and craft the appropriate briefing.

Respectfully submitted,

*/s/ Jessica Travers*

Jessica T. Travers, Esq.

cc:    Counsel of Record (VIA ECF)
        Steven Moser, Esq. (VIA ECF)

---

[1] Steven Moser, who represents Victor Dubrow, as the Executor of the Estate of Barry Dubrow, did not respond with his position on the requested relief as of the time of filing.

akerman.com

52522910;1

The Hon. Joan Azrack
March 30, 2020
Page 2

_____

       Fred H. Smith (via certified mail, return receipt requested)
       Glenny V. Adon (via certified mail, return receipt requested)
       Justin A. Griffin (via certified mail, return receipt requested)

52522910;1