

Jessica Travers

Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3646

D: 904 598 8681
T: 904 798 3700
F: 904 798 3730
jessica.travers@akerman.com

May 29, 2020

**VIA ECF**
The Hon. Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Anthony Tanza, et al. v. Garda CL Atlantic, Inc.*
                **Docket Numbers: 2:15-cv-04394 & 2:17-cv-03185**

Dear Judge Azrack:

This correspondence is respectfully submitted, with the consent of the Plaintiffs represented by Kyle Pulis and Scott Mishkin, to request a forty-five day extension of time of the parties' May 29, 2020 deadline to submit their supplemental papers regarding the previously filed joint motion for preliminary approval of the class action settlement. This is the third request for extension but is not interposed for the purpose of undue delay. Rather, the request is due to the need for continued discussion on how to proceed in this matter.

Accordingly, it is respectfully requested that the deadline be extended up and through July 13, 2020, to allow the parties to continue discussions on the class action settlement and craft the appropriate briefing.

Respectfully submitted,

*/s/ Jessica Travers*

Jessica T. Travers, Esq.

cc:    Counsel of Record (VIA ECF)
        Steven Moser, Esq. (VIA ECF)
        Fred H. Smith (via certified mail, return receipt requested)
        Glenny V. Adon (via certified mail, return receipt requested)
        Justin A. Griffin (via certified mail, return receipt requested)