

Jessica Travers

Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3646

D: 904 598 8681
T: 904 798 3700
F: 904 798 3730
jessica.travers@akerman.com

July 13, 2020

**VIA ECF**
The Hon. Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Anthony Tanza, et al. v. Garda CL Atlantic, Inc.*
               **Docket Numbers: 2:15-cv-04394 & 2:17-cv-03185**

Dear Judge Azrack:

      This correspondence is respectfully submitted, with the consent of the Plaintiffs represented by Kyle Pulis and Scott Mishkin, to request a telephonic status conference in the above matter and a stay of the deadline to submit additional briefing in support of the joint motion for preliminary approval of the class action settlement. Briefly, Defendant's undersigned counsel has been informed that since the parties' appearance at the January 2020 in-person status conference, the Named Plaintiffs represented by counsel may no longer be aligned as to how to proceed in this action. This has left Defendant unable to work towards the joint supplemental briefing in the manner agreed to at the January status conference. Accordingly, the Parties seek a brief telephonic status conference with the Court to determine how to proceed.

Respectfully submitted,

*/s/ Jessica Travers*

Jessica T. Travers, Esq.

cc:    Counsel of Record (VIA ECF)
         Steven Moser, Esq. (VIA ECF)
         Fred H. Smith (via certified mail, return receipt requested)
         Glenny V. Adon (via certified mail, return receipt requested)
         Justin A. Griffin (via certified mail, return receipt requested)