# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.

DATE: 8/6/2020          TIME: 11:30 AM        TIME IN COURT:  20 min.

CASE:        **Tanza et al v. Garda Security, Inc. et al**
**15-cv-04394-JMA-AYS**

             **Tanza et al v. Garda CL Atlantic, Inc.**
**17-cv-03185-JMA-AYS**

APPEARANCES:     For Plaintiffs:  Kyle Pulis
                              Michelle Aulivola (for Neil Frank)

                 For Defendant: Jessica Travers

FTR:

- ☒      Case called.
- ☐      Counsel present for all sides.
- ☐      Briefing schedule set:
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐      Case to be referred to the Magistrate Judge for
- ☐      Jury selection and trial scheduled for
- ☐      A further telephone status conference is scheduled for   . Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are on the line.
- ☒      Other:  Steven Moser failed to appear.  Settlement discussed.