# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**FILED**
**CLERK**
4:21 pm, Oct 01, 2021
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631)712-6000
Pro Se: (631)712-6060

Date: 10/1/21
Re: 15 CV 4394 (JMA)(AYS)

Dear *pro se* litigant:

The enclosed __letter__ is being returned without docketing or consideration for the following reason(s):

( )  The docket number and/or judges' initials are incorrect or missing.

( )  Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

( )  These papers appear to be intended for another court or agency.

( )  Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

( )  Your papers do not meet the minimum requirements for:
    ( )  Legibility: please type or print clearly.
    ( )  Language: only English is acceptable.
    ( )  Form or Content: See forms/instructions enclosed.
    ( )  Please indicate the documents you served on your affirmation of service.
    ( )  Other:

( )  This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.

( )  Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

( )  Your Notice of Appeal has been processed, and your case is closed. Your papers should be directed to:
    United States Court of Appeals for the Second Circuit
    Thurgood Marshall U. S. Courthouse
    40 Foley Square, New York, NY 10007

(✓)  Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( )  The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

(✓)  Other:
A copy of the attached was forwarded to attorney of record, Kyle Puris.

By: _____
J. Grady, Deputy Clerk

SCANNED

Dennis Delucie
109 Franklin Avenue
Selden, NY 11784

September 21, 2021

Judge Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom: 920
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 30 2021 ★
LONG ISLAND OFFICE

Dear Judge Azrack,

I Dennis Delucie am a plaintiff in the *Adkins v. Garda Cl Atlantic, Inc.* and *Tanza v. Garda CL Atlantic, Inc.* cases. Mr. Moser represents me in the *Adkins* case.

I am writing to you because I am a single parent, and this case has been going on since 2015. Garda closed the Central Islip terminal where I was working. I was forced to take a lower-paying job from 2015 until May 2021. I stopped working in May due to Congestive Heart Failure. My wife passed away in 2019 due to a heart condition as well and we lost her income. It put me in a bind, now I am behind on my mortgage and utilities. I have a daughter in college that relies on me financially for her personal and tuition expenses. I am imploring that You make a final decision on the *Adkins* case.

Respectfully,

Dennis Delucie

109 FRANKLIN AV
SELDON, NY 11784

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 30 2021 ★
LONG ISLAND OFFICE

MID-ISLAND NY 117
28 SEP 2021 PM 3 L

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 30 2021 ★
LONG ISLAND OFFICE

Judge JOAN M. AZRCK
U.S. DISTRICT COURT
EASTERN DISTRICT OF N.Y.
100 FEDERAL PLAZZA COURTROOM 920
CENTRAL ISLIP, N.Y. 11722



11722-443800