

# MOSER LAW FIRM, P.C.

Steven J. Moser
516-671-1150
steven.moser@moserlawfirm.com

October 26, 2021

**VIA ECF**

Judge Joan M. Azrack, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom: 920
Central Islip, NY 11722

Re: Adkins v. Garda CL Atlantic, Inc.

Dear Judge Azrack,

Please see enclosed letter from plaintiff Dennis Delucie.

Respectfully submitted,

Steven J. Moser

Dennis Delucie
109 Franklin Avenue
Selden, NY 11784

September 21, 2021

Judge Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza, Courtroom: 920

Central Islip, NY 11722

Dear Judge Azrack,

I Dennis Delucie am a plaintiff in the *Adkins v. Garda Cl Atlantic, Inc.* and *Tanza v. Garda CL Atlantic, Inc.* cases. Mr. Moser represents me in the *Adkins* case.

I am writing to you because I am a single parent, and this case has been going on since 2015. Garda closed the Central Islip terminal where I was working. I was forced to take a lower-paying job from 2015 until May 2021. I stopped working in May due to Congestive Heart Failure. My wife passed away in 2019 due to a heart condition as well and we lost her income. It put me in a bind, now I am behind on my mortgage and utilities. I have a daughter in college that relies on me financially for her personal and tuition expenses. I am imploring that You make a final decision on the *Adkins* case.

Respectfully,

Dennis Delucie