# RAYMOND NARDO, P.C.

Attorney At Law

129 third street, mineola, ny 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email **Raymondnardo@gmail.com**

March 2, 2023

BY ECF

Hon. Joan M. Azrack
United States District Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11772

        Re:    Tanza v. Garda Security
                  15-CV-04394(JMA)(AYS)

Honorable Judge Azrack:

I represent Frank & Associates P.C., an interested party in the above matter. I write to request a pre-motion conference concerning the class action and distribution of counsel fees in this matter, so that this matter may be finalized, for the benefit of the Plaintiff class.

Thank you for your consideration.

                                                                Respectfully submitted,

                                                                RAYMOND NARDO, ESQ.

RN:rn
cc:    Counsel of Record by ECF