

# Scott Michael Mishkin, PC ATTORNEYS AND COUNSELORS AT LAW

Kyle T. Pulis, Esq.

One Suffolk Square
Suite 240
Islandia, New York 11749
Tel. 631-234-1154
Fax. 631-234-5048

August 17, 2023

**VIA ECF**

Thirty-Four Pantigo Road
East Hampton, New York 11937
Tel. 631-907-3009
Fax. 631-324-3622

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  Tanza, *et al.* v. Garda Security, Inc. *et al.*
15-cv-4394 (JMA) (AYS)

Dear Judge Azrack:

This correspondence is respectfully submitted, with the consent of defendants' counsel, to request a seven (7) day extension of the parties' deadline to submit additional documents in support of their motion for preliminary approval of the settlement in this matter.

On August 10, 2023, the Court ordered the parties to jointly file revised versions of the Notice of Settlement, Consent to Join, and Release form, as well as to jointly file a proposed order granting preliminary approval to the settlement. The parties are currently working on these documents and seek an extension through August 24, 2023, in which to comply with the Court's Order. This additional time is not requested for the purpose of undue delay, but rather to allow the parties' time to revise and review these documents with the parties and to secure a new settlement administrator. This is the first request for an extension of this deadline.

Your Honor's consideration is appreciated.

Respectfully submitted,

/s/ Kyle T. Pulis

cc:  Jessica Travers, Esq. (via ECF)

