

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

Case 2:15-cv-04394-JMA-AYS   Document 161   Filed 08/25/23   Page 1 of 2 PageID #: 581

NEOPOST
08/14/2023
US POSTAGE $000.63⁰

ZIP 11722
041L11255308

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 25 2023
LONG ISLAND OFFICE

Glenny V. Adon
53 12th Avenue
West Babylon, NY 11704

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 25 2023 ★
LONG ISLAND OFFICE

NIXIE    100   FE  1           0008/25/23
            RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
      UTF   BC: 11722443800   *1583-02836-23-17
11722>4438

ACO,CONSOLIDATED,NPROSE

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:15-cv-04394-JMA-AYS

Tanza et al v. Garda Security, Inc. et al  
Assigned to: Judge Joan M. Azrack  
Referred to: Magistrate Judge Anne Y. Shields  
related Case: 2:17-cv-03186-JMA-AYS  
Cause: 05:704 Labor Litigation

Date Filed: 07/28/2015  
Jury Demand: Plaintiff  
Nature of Suit: 790 Labor: Other  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2023 | | ORDER. By August 17, 2023, Scott Michael Mishkin, P.C. ("Mishkin") and Defendant are directed to jointly file revised versions of the Notice of Settlement, Consent to Join, and Release Form that conform to the Settlement Agreement as modified by the Addendum. By August 17, 2023, Mishkin and Defendant shall also jointly file a proposed order granting preliminary approval to the settlement.<br><br>Mishkin and Frank & Associates P.C. will both be permitted to file motions for attorney's fees. The Court encourages counsel to try to agree on a proposed division of attorney's fees. The issue of attorney's fees will ultimately be decided by the Court. After receiving the requested submissions above, the Court will set a schedule for the filing of motions for attorney's fees.<br><br>Ordered by Judge Joan M. Azrack on 8/10/2023. (RT) (Entered: 08/10/2023) |