RAYMOND NARDO, P.C.
129 Third Street
Mineola, NY 11501
(516)248-2121
Nardo@Raynardo.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

Anthony Tanza, et. al.,

                         Plaintiff,

         -against-

GARDA CL Atlantic, Inc.

                        Defendant.

-------------------------------------------------------------------------X

**DECLARATION OF RAYMOND NARDO IN SUPPORT OF CLASS COUNSELS' APPLICATION FOR COUNSEL FEES**

**15-CV-04394 (JMA)(AYS)**
**17-CV-03185**

RAYMOND NARDO, declares under the penalties of perjury, pursuant to 28 U.S.C. §1746, as follows:

1. I am Counsel for Plaintiff in the above action. The purpose of this Declaration is to identify the Exhibits annexed hereto and set forth salient facts. Attached as Exhibit 1 is a copy of the contemporaneous time records of Frank & Associates.

2. Attached as Exhibit 2 is a copy of the contemporaneous time records of Scott Michael Mishkin, P.C.

Dated:    Mineola, NY
           February 2, 2024

                            Respectfully submitted,

                            **RAYMOND NARDO, P.C.**

By: _____
     RAYMOND NARDO, ESQ.
     129 Third Street
     Mineola, NY 11501
     (516)248-2121 (tel)
     (516)742-7675 (fax)
     Nardo@Raynardo.com

CERTIFICATE OF SERVICE

I certify that on February 2, 2024, I, Raymond Nardo, served by:

__ mailed, first class         __return receipt requested

_ overnite mailed              __faxed

__ email                       <u>XX</u> by ECF

the enclosed:

**DECLARATION OF RAYMOND NARDO, WITH SUPPORTING EXHIBITS TO:**

To all Counsel in the case

_____
RAYMOND NARDO, ESQ.