# EXHIBIT 2



**Scott Michael Mishkin PC**
Attorneys and Counselors at Law
One Suffolk Square, Suite 240
Islandia, New York 11749
(631) 234-1154

| ACCOUNT STATEMENT | |
|---|---|
| Previous Balance | $42,293.80 |
| Current Charges | $0.00 |
| New Balance | $42,293.80 |
| | |
| Payments | |
| Now Due as Per Retainer | $0.00 |

**Prepared for:**
**Anthony Tanza**

**RE:**
**Retainer:  2:17-CV-03185(JMA)(AYS) Anthony Tanza v. Garda CL Atlantic, Inc.**



**Scott Michael Mishkin PC**
Attorneys and Counselors at Law
One Suffolk Square, Suite 240
Islandia, New York 11749
(631) 234-1154

| PRE-BILL | |
|---|---|

**Anthony Tanza**
351 Revilo Ave
Shirley, NY 11967

| Invoice Date | January 30, 2024 |
|---|---|
| Invoice Number | 22969 |
| Invoice Amount | $42,293.80 |

Matter: Retainer:  2:17-CV-03185(JMA)(AYS) Anthony Tanza v. Garda CL Atlantic, Inc.

| Attorney's Fees | | | | | |
|---|---|---|---|---|---|
| 10/11/2019 | Telephone conversation with Jimmy Adkins. ███████ | | S.M.M. | 0.60 | $255.00 |
| 10/11/2019 | Received telephone call from William Shannon. ███████ | | S.M.M. | 0.40 | $170.00 |
| 10/11/2019 | Telephone call with James Lattis. ███████ | | S.M.M. | 0.30 | $127.50 |
| 10/15/2019 | Telephone call from Brian Marmo. ███████ | | S.M.M. | 0.40 | $170.00 |
| 10/15/2019 | Telephone conversation with Benny Failla. ███████ | | S.M.M. | 0.60 | $255.00 |
| 10/15/2019 | Spoke with Mr. Tanza. ███████ | | S.M.M. | 0.60 | $255.00 |
| 10/15/2019 | Spoke with Mr. Engel ███████ | | S.M.M. | 0.50 | $212.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 10/15/2019 | ████████████████████ | S.M.M. | 0.50 | $212.50 |
| 10/15/2019 | Drafted and filed a notice of appearance for William R. Shannon. | K.T.P. | 0.25 | $106.25 |
| 10/15/2019 | Reviewed file and agreement. Reviewed Docket | K.T.P. | 2.50 | $1,062.50 |
| 10/15/2019 | Drafted and filed Notice of Appearance for William R. Shannon | K.T.P. | 0.25 | $106.25 |
| 10/15/2019 | Drafted and filed Notice of Appearance for Lana Bongiovi.<br><br>Spoke to OC re case and filing of NOA's.  She explained status of case and advised that she will be filing a letter requesting a status conference with out to work out all remaining issues for settlement. | K.T.P. | 0.75 | $318.75 |
| 10/16/2019 | Telephone conversation with myself, Kyle and Jessica.  Discussed status of matter.  It was agreed Jessca will advise the Court of same and request conference. | S.M.M. | 0.50 | $212.50 |
| 10/16/2019 | Received Jessica's follow up e-mail in regard to our telephone conference today where she confirmed she would draft a  joint letter to the Court requesting a status conference and wiould circulate for review. | S.M.M. | 0.10 | $42.50 |
| 10/16/2019 | Telephone conversation with Alexander Cioffi ██████████████████ | S.M.M. | 0.60 | $255.00 |
| 10/16/2019 | Received telephone call from Lana Bongiovo. ██████████████████████████ | S.M.M. | 1.30 | $552.50 |
| 10/16/2019 | Spoke with Cynthia Torres████ and set up an appointment for her to meet with me tomorrow. | S.M.M. | 0.40 | $170.00 |
| 10/16/2019 | Spoke with Kenneth Corcoran and then met with him in my office. ████████████████ | S.M.M. | 0.70 | $297.50 |
| 10/16/2019 | Drafted and filed a notice of appearance for Lana Bongiovi. | K.T.P. | 0.25 | $106.25 |
| 10/16/2019 | Spoke to opposing counsel re case and the notices of appearance that were filed.  Counsel explained status of case as well as status of two pending FLSA cases that involve some of the same plaintiffs.  Counsel advised that she will be filing a letter request for a | K.T.P. | 0.50 | $212.50 |

| | | | | |
|---|---|---|---|---|
| | status conference with the Court to work out the remaining issues for settlement. | | | |
| 10/17/2019 | Received telephone call from Cynthia Torres. ███████████████████████ | S.M.M. | 0.60 | $285.00 |
| 10/17/2019 | Received telephone call from Mr. Delusi. ███ | S.M.M. | 0.10 | $47.50 |
| 10/17/2019 | Telephone conversation with Steven Bakke. ███████████████ | S.M.M. | 0.60 | $285.00 |
| 10/17/2019 | Telephone conversation with Glenny Adon. ███████████████ | S.M.M. | 0.50 | $237.50 |
| 10/17/2019 | Two telephone conversations with Michael Bozman. ███████████████ | S.M.M. | 6.00 | $2,850.00 |
| 10/17/2019 | Spoke with John Rossi. ███████████████ | S.M.M. | 0.50 | $237.50 |
| 10/17/2019 | Met with Ms. Torres. ███████████ | S.M.M. | 1.00 | $475.00 |
| 10/17/2019 | Spoke to Steven Moser about case, counsel for the deceased plaintiff.  He advised of the status of his wage and hour case against the defendants and that the Court is waiting for the wage/hour cases to settle before approving the class settlement agreement. | K.T.P. | 0.35 | $148.75 |
| 10/17/2019 | Conversation regarding case with Steve Moser | K.T.P. | 0.75 | $318.75 |
| 10/18/2019 | Received telephone call from Mr. Delusi. ███████████████ | S.M.M. | 0.30 | $142.50 |
| 10/18/2019 | Drafted and filed notice of appearance for Charles Engel. | K.T.P. | 0.25 | $106.25 |
| 10/18/2019 | Drafted and filed NOA for Charles Engel | K.T.P. | 0.25 | $106.25 |
| 10/21/2019 | Received telephone call from Mr. Delusi. ███████ | S.M.M. | 0.60 | $285.00 |

| | | | | |
|---|---|---|---|---|
| | ███████████████ | | | |
| 10/21/2019 | Emailed Jessica re status of letter request to Court. | K.T.P. | 0.15 | $63.75 |
| 10/21/2019 | Drafted and filed Notice of appearance for Anthony Tanza. | K.T.P. | 0.25 | $106.25 |
| 10/21/2019 | Emailed OC regarding status of letter to court. | K.T.P. | 0.15 | $63.75 |
| 10/21/2019 | Drafted and filed NOA for Scott or Anthony Tanza | K.T.P. | 0.25 | $106.25 |
| 10/21/2019 | Drafted and filed NOA for Alexander Ciofi | K.T.P. | 0.25 | $106.25 |
| 10/21/2019 | Drafted and filed NOA for Dennis DeLucie | K.T.P. | 0.25 | $106.25 |
| 10/22/2019 | Telephone conversation with Lisa Griffith and the status of the settlement on her case and its effect on the conclusion of this matter. | S.M.M. | 0.50 | $237.50 |
| 10/22/2019 | Drafted and filed notice of appearance for Alexander Cioffi. | K.T.P. | 0.25 | $106.25 |
| 10/22/2019 | Drafted and filed Notice of appearance for Dennis Delucie. | K.T.P. | 0.25 | $106.25 |
| 10/22/2019 | Drafted and filed Notice of appearance for Gary E. Sobek. | K.T.P. | 0.25 | $106.25 |
| 10/22/2019 | Drafted and filed NOA for Gary Sobek. | K.T.P. | 0.25 | $106.25 |
| 10/22/2019 | Drafted and filed NOA for Anthony Tanza | K.T.P. | 0.25 | $106.25 |
| 10/22/2019 | drafted and filed NOA for Alexander Cioffi | K.T.P. | 0.25 | $106.25 |
| 10/22/2019 | Drafted and filed NOA for Gary Sobek | K.T.P. | 0.25 | $106.25 |
| 10/22/2019 | Drafted and filed NOA for Dennis J. DeLucie | K.T.P. | 0.25 | $106.25 |
| 10/23/2019 | Received telephone call from Kerem Bay. ████████████████████████████ | S.M.M. | 0.40 | $190.00 |
| 10/23/2019 | Read email from Jessica re that FLSA cases settled and counsel will be notifying the Court, at which point she will file a request for a status conference with the Judge. | K.T.P. | 0.10 | $42.50 |
| 10/23/2019 | Reviewed email from Jessica Trevors re: Settlement in FLSA (Adkins) cases.  She advised that she will file letter once the notice of settlement has been filed in the FLSA Case | K.T.P. | 0.15 | $63.75 |
| 10/24/2019 | Drafted and filed NOA for Albert Velasquez. | K.T.P. | 0.25 | $106.25 |
| 10/24/2019 | Drafted and filed NOA for Scott for Albert Velasquez. | K.T.P. | 0.25 | $106.25 |
| 10/25/2019 | Telephone conversation with Carmela Szymanski ████████████████████████ | S.M.M. | 0.50 | $237.50 |
| 10/29/2019 | Received telephone call from Gary Sobek ████████████████████████ | S.M.M. | 0.20 | $95.00 |
| 10/29/2019 | Received telephone call from Mr. Engel, ████████████████████ | S.M.M. | 0.10 | $47.50 |
| 10/30/2019 | Telephone call with Gary Sobek ████████████████████████ | S.M.M. | 0.70 | $332.50 |

| 11/6/2019 | Reviewed letter request sent by Opposing counsel and responded that it is OK to file with the Court. | K.T.P. | 0.15 | $63.75 |
|---|---|---|---|---|
| 11/6/2019 | Reviewed letter from OC to court re: status of case | K.T.P. | 0.25 | $106.25 |
| 11/7/2019 | Received Jessica's filed letter request for conference. | S.M.M. | 0.10 | $47.50 |
| 11/7/2019 | Emailed OC advising that no objections/changes to letter | K.T.P. | 0.25 | $106.25 |
| 11/8/2019 | Telephone call with Carmella Zamanski. ███████ ███████ | S.M.M. | 0.10 | $47.50 |
| 11/8/2019 | Received Jessica's motion request for conference. | S.M.M. | 0.10 | $47.50 |
| 11/15/2019 | Received telephone call from Mr. Delusi. ███████ ███████████████████ ███████ | S.M.M. | 0.20 | $95.00 |
| 11/19/2019 | Received telephone call from Gary Sobek.  Provided him with status of matter an answered all of his questions to the best of my ability | S.M.M. | 0.50 | $237.50 |
| 11/22/2019 | Received Judge's SO ORDER grantingMotion for Hearting on December 13, 2019.  Met with Kyle to discuss our position to the Court. | S.M.M. | 0.40 | $190.00 |
| 11/22/2019 | Reviewed order from Court setting conference for 12/13. | K.T.P. | 0.10 | $42.50 |
| 11/22/2019 | Reviewed order from court settling conference for 12/13/2019. | K.T.P. | 0.15 | $63.75 |
| 12/2/2019 | Called following clients advising them of up coming court date on Friday 12/13/19 @ 2:30pm, Judge Azarak, room 920 for a status conference they are able to attend if they choose: ADJOURNED CALLED THESE PEOPLE BACK TO INFORM THEM ███████████████████ | L.K. | 0.10 | $18.50 |
| 12/2/2019 | E-mail activity and telephone conversation with Frank's new attorney as well as Jessica's adjournment request of the now scheduled 12/13 status conference.  Advised Kyle of same and requested that he respond to the adjournment request. | S.M.M. | 0.60 | $285.00 |
| 12/2/2019 | Read email from opposing counsel re adjourning | K.T.P. | 0.25 | $106.25 |

|  | 12/13 conference and responded with available dates. |  |  |  |
|---|---|---|---|---|
| 12/2/2019 | Received email from OC re: adjourning conference and respond with dates.<br><br>Received email from Neil Frank counsel | K.T.P. | 0.35 | $148.75 |
| 12/4/2019 | Received and reviewed motions for adjournment of 12/13 conference | S.M.M. | 0.10 | $47.50 |
| 12/4/2019 | Reviewed letter filed by OC requesting adj. of 12/13 conference. | K.T.P. | 0.15 | $71.25 |
| 12/6/2019 | Reviewed Order from Court granting adjournment of status conference | K.T.P. | 0.15 | $71.25 |
| 12/6/2019 | Reviewed order from court adj 12/13 conference to 12/19. | K.T.P. | 0.10 | $47.50 |
| 12/11/2019 | I called ▓▓▓▓ yesterday to make them aware that a conference has been set for, Thursday 12/19/19 @ 2:30. I spoke with a few clients who will be attending, some live out of state and are unable to attend and left messages for others. | L.K. | 0.30 | No Charge |
| 12/11/2019 | Spoke to counsel Moser re case. He advised that he is going to ask his client if he wants to be represented by us at the upcoming conference will recommend to the Judge that I become class counsel. | K.T.P. | 0.30 | $142.50 |
| 12/12/2019 | Drafted and filed Notice of appearance for Carmela A. Syzmanski. | K.T.P. | 0.25 | $118.75 |
| 12/12/2019 | Drafted and filed Notice of appearance for Michael S. Bosman. | K.T.P. | 0.25 | $118.75 |
| 12/12/2019 | Court date of 12/19/19 @ 2:30pm has been adjourned and changed to 1/21/20 @ 1:00pm. I called all clients spoke with and left messages for, making them aware of the change | L.K. | 0.30 | No Charge |
| 12/12/2019 | Filed notice of appearance for Michael S. Bosman. | K.T.P. | 0.25 | $118.75 |
| 12/12/2019 | Drafted and filed notice of appearance for Carmela A. Syzmanski. | K.T.P. | 0.25 | $118.75 |
| 12/12/2019 | Reviewed Order from court adjourning conference to 1/21. | K.T.P. | 0.15 | $71.25 |
| 12/12/2019 | Drafted and filed NOA for Carmela A. Suzmamski | K.T.P. | 0.25 | $118.75 |
| 12/12/2019 | reviewed order from court adjourning conference to 1/21/21 | K.T.P. | 0.15 | $71.25 |
| 12/13/2019 | Received telephone call from Carmella Samanski. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | S.M.M. | 0.40 | $190.00 |
| 12/13/2019 | Reviewed motion for extension of time to file FLSA settlement. | K.T.P. | 0.15 | $71.25 |
| 12/19/2019 | Drafted and filed NOA for Michael S. Bosman | K.T.P. | 0.25 | $118.75 |
| 1/13/2020 | Reviewed order from court changing location of conference to BK | K.T.P. | 0.15 | $71.25 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 1/20/2020 | Reviewed file and FLSA cases in preparation for conference. | K.T.P. | 3.00 | $1,425.00 |
| 1/21/2020 | Appeared at status conference in Brooklyn | K.T.P. | 5.00 | $2,375.00 |
| 1/22/2020 | Spoke to Deluce ██████████████████████ ████████████████████████████ ████ | S.M.M. | 0.50 | $237.50 |
| 1/22/2020 | Reviewed email sent by Jessica to N. F counsel | K.T.P. | 0.15 | $71.25 |
| 2/8/2020 | Prepared and filed NOA for Jimmy Adkins | K.T.P. | 0.25 | $118.75 |
| 2/20/2020 | Prepared and filed NOA for Michael Boneta | K.T.P. | 0.25 | $118.75 |
| 2/20/2020 | received email from OC with Addendum to original settlement agreement. Responded that will review and get back to OC. | K.T.P. | 0.15 | $71.25 |
| 2/21/2020 | Reviewed original settlement agreement as well as addendum and updated notice sent by OC

Spoke to Steve Moser re: case and settlement. He advised of clients wants to move forward with FLSA cases and potential conflict warn settlement may create for those clients. | K.T.P. | 2.50 | $1,187.50 |
| 2/24/2020 | Emailed OC re:  Scheduling another phone conference | K.T.P. | 0.15 | $71.25 |
| 2/25/2020 | Spoke to S. Moser re: conference with Jessica confirmed.

He is available tomorrow.  Spoke about case and settlement. | K.T.P. | 0.15 | $71.25 |
| 2/25/2020 | Called Tanza ██████████████████████ | K.T.P. | 0.10 | $47.50 |
| 2/25/2020 | Spoke to Michael Bosman ███████ | K.T.P. | 0.25 | $118.75 |
| 2/25/2020 | Spoke to Albert Velasquez ███████████ ██████████████████ | K.T.P. | 0.15 | $71.25 |
| 2/25/2020 | Spoke to Michael Boneta ███████████ ████████ | K.T.P. | 0.20 | $95.00 |
| 2/25/2020 | Called Gary Sobek ████████████████ ████████ | K.T.P. | 0.25 | $118.75 |
| 2/25/2020 | Spoke to Charles Engle. ███████████ ██████████████████ | K.T.P. | 0.25 | $118.75 |
| 2/25/2020 | Spoke to Carmela Syzmaski ██████████ ████ | K.T.P. | 0.25 | $118.75 |
| 2/25/2020 | Spoke to Alexander Cioffi ██████████████ ████ | K.T.P. | 0.25 | $118.75 |
| 2/26/2020 | Emailed Jessica rescheduling conference call for tomorrow. | K.T.P. | 0.10 | $47.50 |
| 2/26/2020 | Spoke to Dennis Delucie ██████████ ██████ | K.T.P. | 0.20 | $95.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 2/27/2020 | Conference call held with Jessica Travus and Steve Moser.<br><br>Case and settlement discussed as well as potential conflicts that may arise with Steve's FLSA cases. Discussed possibility of adding case out to Launa agreement.  Spoke about adjourning deadline to file settlement motion.<br><br>Reviewed email chain for worded by Jessica re: former counsel having authority to sign settlement agreement on behalf of plaintiffs. | K.T.P. | 0.20 | $95.00 |
| 2/28/2020 | Drafted letter requesting extension of time to file motion for preliminary approval of class settlement. sent to OC and Moser for review.<br><br>Filed letter request for adjournment via ECF.<br><br>Reviewed order from court granting extension to file | K.T.P. | 1.11 | $527.25 |
| 3/4/2020 | Spoke to Lana Bongiovi re: settlement/waiver of FLSA claims.  objects to signing warn agreement wants to pursue FLSA claims. | K.T.P. | 0.25 | $118.75 |
| 3/4/2020 | Spoke to Michael Boneta re: settlement/waiver of FLSA Claims. No Objection | K.T.P. | 0.25 | $118.75 |
| 3/12/2020 | Spoke to Gary Sobek ███████████████ | K.T.P. | 0.25 | $118.75 |
| 3/16/2020 | Emailed Jessica Travers re:  status of settlement and whether client willing to include a case out | K.T.P. | 0.15 | $71.25 |
| 3/26/2020 | Reviewed email from Jessica an responded re:  3/30 deadline to file motion for preliminary approval | K.T.P. | 0.15 | $71.25 |
| 3/27/2020 | Reviewed letter request for extension drafted by Jessica and responded ok to file | K.T.P. | 0.25 | $118.75 |
| 3/30/2020 | Reviewed order from court granting extension of time to file for preliminary approval of settlement. | K.T.P. | 0.10 | $47.50 |
| 5/14/2020 | Emailed OC re: Scheduling phone conference. | K.T.P. | 0.10 | $47.50 |
| 5/15/2020 | Spoke to OC re: case and settlement.  Discussed 5/29 deadline to file motion for settlement approval. Agreed to adjourn again pending outcome of FSLA cases. | K.T.P. | 0.35 | $166.25 |
| 5/29/2020 | Reviewed letter sent by OC re: extension of deadline to file motion  for settlement approval. | K.T.P. | 0.25 | $118.75 |
| 7/10/2020 | Emailed OC re: 7/13 deadline to file motion for settlement approval. | K.T.P. | 0.10 | $47.50 |
| 7/13/2020 | Reviewed email from OC re: requesting status conference from court.<br><br>Reviewed letter from OC requesting Conference responded ok to file. | K.T.P. | 0.26 | $123.50 |

| 7/14/2020 | Reviewed email from OC re: Patricia Boland's communications with PL.'s and opting Pl's. | K.T.P. | 0.15 | $71.25 |
|---|---|---|---|---|
| 7/31/2020 | Reviewed order from court setting telephone conference for 8/6/20 | K.T.P. | 0.10 | $47.50 |
| 8/5/2020 | Reviewed file and prepared for conference call scheduled for tomorrow. | K.T.P. | 1.50 | $712.50 |
| 8/6/2020 | Conference call held with court.   Settlement and case discussed.  Steve Moser failed to appear. | K.T.P. | 0.50 | $237.50 |
| 2/17/2021 | Spoke to Gary Sobek███████████ | K.T.P. | 0.20 | $95.00 |
| 3/1/2021 | Spoke to Jimmy Adkins██████████ | K.T.P. | 0.15 | $71.25 |
| 3/8/2021 | spoke to William Shannon███████. | K.T.P. | 0.15 | $71.25 |
| 3/10/2021 | Spoke to Gary Sobek███████ | K.T.P. | 0.10 | $47.50 |
| 3/16/2021 | Spoke to Dennis DeLucie██████████ | K.T.P. | 0.20 | $95.00 |
| 3/29/2021 | Spoke to Gary Sobek████████ | K.T.P. | 0.10 | $47.50 |
| 4/7/2021 | Received email from OC re: 4/9/21 conference. | K.T.P. | 0.10 | $47.50 |
| 4/8/2021 | Spoke to client re: 4/9/21 conference and issues with settlement remaining | K.T.P. | 0.25 | $118.75 |
| 4/9/2021 | Conference call held with Court.  Settlement discussed | K.T.P. | 1.00 | $475.00 |
| 4/14/2021 | Gary Sobek███████████ | L.K. | 0.10 | $18.50 |
| 4/14/2021 | Spoke to Gary Sobek updated him on status of case and settlement. | K.T.P. | 0.10 | $47.50 |
| 4/26/2021 | Received email from OC re: class member spreadsheet and advising that no longer with firm representing Garda. | K.T.P. | 0.15 | $71.25 |
| 5/5/2021 | Gary Sobek███████████ | L.K. | 0.10 | $18.50 |
| 5/5/2021 | Spoke to Gary Sobek████████ | K.T.P. | 0.15 | $71.25 |
| 5/6/2021 | Spoke to Lana Bongiovi.████████ | K.T.P. | 0.20 | $95.00 |
| 5/14/2021 | Spoke to Dennis DeLucie██████ | K.T.P. | 0.25 | $118.75 |
| 5/14/2021 | Spoke to Charles Engle████████ | K.T.P. | 0.20 | $95.00 |
| 6/7/2021 | Gary Sobek███████████ | L.K. | 0.10 | $18.50 |
| 6/11/2021 | Jimmy Atkins called███████ | L.K. | 0.10 | $18.50 |
| 6/16/2021 | Spoke to Dennis DeLucie██████████ | K.T.P. | 0.20 | $95.00 |
| 6/16/2021 | Emailed Jessica re: setting up a conference call this week. | K.T.P. | 0.46 | $218.50 |

| | | | | |
|---|---|---|---|---|
| | Spoke to Jessica re: case advised that I spoke to 3 of the individuals that originally objected to agreement and that they no longer object.  She said she will talk to Garda and advise them of same. she also advised that waiting to hear about assignment of new counsel for Garda. | | | |
| 6/17/2021 | Spoke to Jessica Travers re: case<br><br>Advised still waiting to hear from Holland and Knight to see who is taking over. | K.T.P. | 0.40 | $190.00 |
| 6/21/2021 | Jimmy Atkins███████████████ | L.K. | 0.10 | $18.50 |
| 6/21/2021 | Spoke to Dennis DeLucie███████████ | K.T.P. | 0.15 | $71.25 |
| 6/22/2021 | Spoke to Jimmy Adkins███████████<br>████ | K.T.P. | 0.20 | $95.00 |
| 7/7/2021 | Gary Sobek████████████ | L.K. | 0.10 | $18.50 |
| 7/7/2021 | Spoke to Gary Sobek████████████ | K.T.P. | 0.10 | $47.50 |
| 7/14/2021 | Emailed OC re: Scheduling a call | K.T.P. | 0.10 | $47.50 |
| 7/15/2021 | William Shannon██████████ | L.K. | 0.10 | $18.50 |
| 7/15/2021 | Spoke to William Shannon██████<br>█████ | K.T.P. | 0.10 | $47.50 |
| 7/21/2021 | Jimmy Atkins and Gary Sobek████████<br>██████ | L.K. | 0.20 | $37.00 |
| 7/22/2021 | Spoke to Gary Sobek████████████ | K.T.P. | 0.15 | $71.25 |
| 7/26/2021 | Spoke to Jim Weathers███████████<br>███ | K.T.P. | 0.15 | $71.25 |
| 7/27/2021 | Emailed OC Re:  status of case and updated settlement agreement.<br><br>Received email from Jessica that waiting to hear back from Garda re:  how to proceed and advising that she will likely be staying on as counsel for Garda. | K.T.P. | 0.20 | $95.00 |
| 7/29/2021 | Jim Atkins██████████████ | L.K. | 0.10 | $18.50 |
| 8/4/2021 | Spoke to Gary Sobek██████████<br>████ | K.T.P. | 0.10 | $47.50 |
| 8/11/2021 | Spoke to Jim Atkins████████████<br>████ | S.M.M. | 0.20 | $95.00 |
| 8/16/2021 | Discussions with Kyle and the status of receiving the last draft agreement.  Contacted Jessica.  Spoke with her and at her request sent her the last agreement and amendments. | S.M.M. | 1.00 | $475.00 |
| 8/18/2021 | Gary Sobek█████ | L.K. | 0.10 | No Charge |
| 8/23/2021 | Gary Sobek██████████████<br>████████████████ | S.M.M. | 0.20 | $95.00 |

| | ███████████████ | | | |
|---|---|---|---|---|
| 8/24/2021 | E-mailed Jessica Travers for movement on this matter. | S.M.M. | 0.20 | $95.00 |
| 8/26/2021 | Received e-mail back from Jessica.  She advised she is working on agreement with Garda. | S.M.M. | 0.10 | $47.50 |
| 8/26/2021 | Received and responded to email from Jessica re: status of settlement agreement | K.T.P. | 0.10 | $47.50 |
| 9/6/2021 | Spoke to Dennis DeLucie and updated him on the status of the case | K.T.P. | 0.10 | $47.50 |
| 9/15/2021 | Emailed Jessica re: status of Settlement Agreement.  Received and reviewed email from Jessica re: agreement.  She advised that Garda is looking over the addendum and that she will be getting her substitution on file next week. | K.T.P. | 0.10 | $47.50 |
| 9/20/2021 | Met with Kyle on status of Jessica getting us the final agreement. He advised me on Thursday Septemebr 165 he e-mailed Jessica for the status on us getting the final agreement.  She advised that she has to file her substitution of attorney and that the agreement is with her client for final review. | S.M.M. | 0.40 | $190.00 |
| 9/22/2021 | Spoke to Dennis DeLucie ████████████ | K.T.P. | 0.10 | $47.50 |
| 9/23/2021 | Gary Sobell ████████████ | S.M.M. | 0.10 | $47.50 |
| 9/27/2021 | Called OC and left message. | K.T.P. | 0.01 | $4.75 |
| 9/27/2021 | Emailed OC re status of addendum to settlement agreement. | K.T.P. | 0.10 | $47.50 |
| 9/29/2021 | Telephone conversation with opposing counsel and Kyle, on status of agreement and addendum and getting it executed.  Waiting for formal  counsel's to submit records for fees.  Garda has questions about addendum which we answered.  Opposing counsel will contact her client with additional questions and then send updated agreement to us. And following up with Melissa on Frank's time records. | S.M.M. | 0.70 | $332.50 |
| 9/30/2021 | Called Gary Sobek ███████████████ | K.T.P. | 0.10 | $47.50 |
| 10/1/2021 | Returned call from Mr. Delucie. ███████████████ | K.T.P. | 0.10 | $47.50 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 10/19/2021 | Returned Gary Sobek call. | K.T.P. | 0.01 | $4.75 |
| 10/19/2021 | Gary Sobek called | L.K. | 0.10 | $18.50 |
| 10/22/2021 | Jimmy Atkins called | L.K. | 0.10 | $18.50 |
| 10/22/2021 | Called client (Jimmy Atkins) | K.T.P. | 0.15 | $71.25 |
| 10/26/2021 | Emailed OC re status of time records from Neil Frank attorney as well as status of settlement addendum for circulation of signatures. | K.T.P. | 0.15 | $71.25 |
| 10/28/2021 | Spoke to Dennis DeLucie | K.T.P. | 0.25 | $118.75 |
| 11/2/2021 | Emailed OC as a follow up to last week's email. | K.T.P. | 0.15 | $71.25 |
| 11/3/2021 | Gary Sobek called | K.T.P. | 0.10 | $47.50 |
| 11/8/2021 | Spoke to William Shannon | K.T.P. | 0.15 | $71.25 |
| 11/16/2021 | Gary Sobek called | L.K. | 0.10 | No Charge |
| 11/23/2021 | Reviewed settlement agreement and addendum sent by counsel for Garda. | K.T.P. | 1.50 | $712.50 |
| 11/23/2021 | Called Jessica to speak about addendum and how to address the named Pro Se Plaintiffs. We discussed the possibility of sending the pro se Plaintiffs a Notice Packet giving them an opportunity to opt out of the settlement and advising of their right to counsel, etc. As for the paragraph addressing fees, discussed the possibility of adding language that Garda will not oppose the fee application of Named Plaintiffs' Counsel only. Jessica stated that Garda may be agreeable to adding such language after they have an idea of what our attorneys' fees are. She said she will look into issue with pro se plaintiffs and get back to me. | K.T.P. | 0.20 | $95.00 |
| 11/23/2021 | Returned call from Gary Sobek | K.T.P. | 0.10 | $47.50 |
| 11/29/2021 | Spoke | K.T.P. | 0.10 | $47.50 |
| 12/7/2021 | Called Gary Sobek | K.T.P. | 0.10 | $47.50 |

| | | | | |
|---|---|---|---|---|
| 12/9/2021 | Spoke to Ken Corcoran. ███████ | K.T.P. | 0.20 | $95.00 |
| 12/15/2021 | Emailed OC re status of settlement agreement addendum. | K.T.P. | 0.10 | $47.50 |
| 12/22/2021 | Spoke to Gary Sobek ███████ | K.T.P. | 0.15 | $71.25 |
| 12/22/2021 | Spoke to Mr. Delucie ███████ | K.T.P. | 0.15 | $71.25 |
| 1/10/2022 | Gary Sobek called. ███████ | K.T.P. | 0.10 | $47.50 |
| 1/10/2022 | Called OC and left message to call me back. | K.T.P. | 0.10 | $47.50 |
| 1/10/2022 | Emailed OC re status of revised addendum to agreement. | K.T.P. | 0.10 | $47.50 |
| 1/18/2022 | Emailed OC re status of revised addendum to settlement agreement. | K.T.P. | 0.10 | $47.50 |
| 1/21/2022 | Received and reviewed revisions to addendum sent by OC.  Emailed OC to schedule a time to talk. | K.T.P. | 1.00 | $475.00 |
| 1/21/2022 | Returned call from Gary Sobek ███████ | K.T.P. | 0.15 | $71.25 |
| 1/24/2022 | Conference call held with OC.  Spoke about revisions to addendum and fees.   Agreed that we would try to circulate addendum for signature in next week or two. | K.T.P. | 0.30 | $142.50 |
| 1/24/2022 | Called Michele [counsel for Neil Frank] and left message with paralegal for her to call me back. | K.T.P. | 0.10 | $47.50 |
| 1/31/2022 | Called Michelle Aulivola and left message to call me back. | K.T.P. | 0.10 | $47.50 |
| 2/2/2022 | Sent email to Michelle re status of conversation with her client. | K.T.P. | 0.01 | $4.75 |
| 2/2/2022 | Received email from Michelle advising that her client wants to review our time records to determine amount of hours put into case. | K.T.P. | 0.01 | $4.75 |
| 2/2/2022 | Call held with Jessica.  Advised of conversation with Michelle and that our position is to have the attorneys, i.e. our office and Michelle on behalf of Neil, submit motions to the court to determine attorneys' fees to be paid.  Jessica agreed.  I advised that I would review the addendum one last time and let her know if it is ready for circulation and that we would touch base again next week. | K.T.P. | 0.25 | $118.75 |
| 2/22/2022 | Sent email to OC re status of final draft of addendum. | K.T.P. | 0.10 | $47.50 |
| 2/25/2022 | Called Dennis DeLucie ███████ | K.T.P. | 0.15 | $71.25 |
| 2/25/2022 | Called Gary Sobek ███████ | K.T.P. | 0.15 | $71.25 |

| | | | | |
|---|---|---|---|---|
| | ███████ | | | |
| 3/4/2022 | Called Gary Sobek ████████ ██████████████████ | K.T.P. | 0.15 | $71.25 |
| 3/4/2022 | Sent email to OC re status of final addendum to settlement agreement. | K.T.P. | 0.10 | $47.50 |
| 3/18/2022 | Gary Sobek called. ████████ ██████████████ | K.T.P. | 0.15 | $71.25 |
| 3/24/2022 | Sent email to OC re status of final draft of addendum. | K.T.P. | 0.10 | $47.50 |
| 3/25/2022 | Spoke to Dennis Delucie ████████ ██████████████ | K.T.P. | 0.15 | $71.25 |
| 3/28/2022 | Called OC and left message to call me back. | K.T.P. | 0.10 | $47.50 |
| 4/1/2022 | Sent follow up email to OC re status of addendum. | K.T.P. | 0.10 | $47.50 |
| 4/1/2022 | Returned call from Gary Sobek. ████████ ██████████████ | K.T.P. | 0.15 | $71.25 |
| 4/1/2022 | Received call from Dennis DeLucie. ████████ ██████████████ | K.T.P. | 0.15 | $71.25 |
| 4/1/2022 | Reviewed email from OC advising of status of addendum and that she received final approval from her client. | K.T.P. | 0.15 | $71.25 |
| 4/4/2022 | Received final draft of addendum from OC. Reviewed addendum and revisions and cross-referenced with original settlement agreement. | K.T.P. | 1.00 | $475.00 |
| 4/4/2022 | Called OC to discuss addendum.  Advised that I did not have any additional changes.  She stated that she will have her client sign this week and will send to me once its signed. | K.T.P. | 0.25 | $118.75 |
| 4/11/2022 | Called Gary Sobek ████████ ██████████████ | K.T.P. | 0.25 | $118.75 |

| 4/11/2022 | Drafted email to Gary Sobek ███████████ ███████████████ by █████████ ase. | K.T.P. | 0.40 | $190.00 |
|---|---|---|---|---|
| 4/11/2022 | Received call from Dennis Delucie. ████████████████████ | K.T.P. | 0.20 | $95.00 |
| 4/12/2022 | Returned call from settlement class member Brian Marmo ███████████████████ | K.T.P. | 0.15 | $71.25 |
| 4/12/2022 | Returned call from settlement class member Richard Dilger ██████████████████ | K.T.P. | 0.15 | $71.25 |
| 4/12/2022 | Returned call from settlement class member Karem Bay ████████████████████████ | K.T.P. | 0.15 | $71.25 |
| 4/13/2022 | Called Lana Bongiovi ████████████████████████ | K.T.P. | 0.15 | $71.25 |
| 4/13/2022 | Drafted email to Lana Bongiovi ████████████████ | K.T.P. | 0.15 | $71.25 |
| 4/14/2022 | Returned call from settlement class member Ken Corcoran ███████████████ | K.T.P. | 0.15 | $71.25 |
| 4/14/2022 | Returned call from settlement class member David Cronkz █████████████████ | K.T.P. | 0.15 | $71.25 |

| | | | | |
|---|---|---|---|---|
| | [redacted] | | | |
| 4/18/2022 | Called client Dennis DeLucie [redacted] | K.T.P. | 0.15 | $71.25 |
| 4/18/2022 | Drafted email to Dennis DeLucie [redacted] | K.T.P. | 0.15 | $71.25 |
| 4/20/2022 | Called client Jim Adkins [redacted] | K.T.P. | 0.15 | $71.25 |
| 4/20/2022 | Drafted email to Jimmy Adkins [redacted] | K.T.P. | 0.15 | $71.25 |
| 4/26/2022 | Spoke to Gary Sobek. [redacted] | K.T.P. | 0.15 | $71.25 |
| 4/26/2022 | Spoke to Glenny Adon. [redacted] es not [redacted] | K.T.P. | 0.15 | $71.25 |
| 4/27/2022 | Telephone call with Lana Bonjovi. [redacted] | S.M.M. | 0.60 | $285.00 |
| 4/28/2022 | Called client Michael Boneta [redacted] | K.T.P. | 0.15 | $71.25 |

| | | | | |
|---|---|---|---|---|
| | [redacted] | | | |
| 4/28/2022 | Drafted email to Michael Boneta [redacted] | K.T.P. | 0.20 | $95.00 |
| 4/28/2022 | Called client William Shannon [redacted] | K.T.P. | 0.15 | $71.25 |
| 4/28/2022 | Drafted email to William Shannon [redacted] | K.T.P. | 0.10 | $47.50 |
| 4/29/2022 | Called client Albert Velasquez [redacted] | K.T.P. | 0.15 | $71.25 |
| 4/29/2022 | Drafted email to Albert Velasquez [redacted] | K.T.P. | 0.10 | $47.50 |
| 4/29/2022 | Met with client Lana Bongiovi [redacted] | K.T.P. | 0.25 | $118.75 |
| 4/29/2022 | Spoke to Sara Cioffi, wife of deceased Alexander Cioffi. [redacted] | K.T.P. | 0.15 | $71.25 |
| 4/29/2022 | Client Anthony Tanza called. [redacted] | K.T.P. | 0.15 | $71.25 |
| 4/29/2022 | Drafted email to Anthony Tanza [redacted] | K.T.P. | 0.10 | $47.50 |

| | | | | |
|---|---|---|---|---|
| | ███████████████████ | | | |
| 4/29/2022 | Returned call from settlement class member Elson Rodriguez █████████████████████████ | K.T.P. | 0.15 | $71.25 |
| 5/4/2022 | Spoke to client Carmela Syzmanski ████████████████████ | K.T.P. | 0.15 | $71.25 |
| 5/4/2022 | Drafted follow up email to Carmela Syzmanski ██████████████████ | K.T.P. | 0.15 | $71.25 |
| 5/19/2022 | Spoke to client Michael Bosman. ████████████████ | K.T.P. | 0.25 | $118.75 |
| 5/19/2022 | Called Jessica and left message to call me back. | K.T.P. | 0.01 | $4.75 |
| 5/20/2022 | Drafted cover letter and sent copy of addendum via US Mail to client Michael Bosman for signature. | K.T.P. | 0.25 | $118.75 |
| 5/20/2022 | Drafted email to client Michael Bosman ███████████████ be █. | K.T.P. | 0.15 | $71.25 |
| 5/20/2022 | Called Theresa Torres ██████████████████ | K.T.P. | 0.15 | $71.25 |
| 6/15/2022 | Spoke to client Gary Sobek. ██████████████ | K.T.P. | 0.10 | $47.50 |
| 7/5/2022 | Mr. Velasquez called. ██████████ | L.K. | 0.01 | No Charge |
| 7/5/2022 | Mr. Deluicie ███████████ | L.K. | 0.01 | No Charge |
| 7/6/2022 | Conversation with opposing counsel re status of settlement and signatures for addendum. Advised that Steve Moser, counsel for the estate of Victor Dubrow, still in possession of addendum and that I have not received the executed addendum from him yet.  Agreed that we would talk later in the week or early next week about writing a letter to the court to request a conference. | K.T.P. | 0.35 | $166.25 |

| | | | | |
|---|---|---|---|---|
| 7/6/2022 | Spoke to Dennis DeLucie ███████████ ███████████████████████ | K.T.P. | 0.10 | $47.50 |
| 7/13/2022 | Called client Jimmy Adkins ██████████████████████████ ██████████████████████████ ████████████████ | K.T.P. | 0.10 | $47.50 |
| 7/13/2022 | Spoke to Steve Moser (counsel for Dubrow estate) re status of signed addendum. Steve stated that his client would not be signing even though he already settled his wage and hour case with Garda. | K.T.P. | 0.25 | $118.75 |
| 7/13/2022 | Received email from Steve Moser requesting signed addendum to settlement agreement. Sent addendum to agreement. | K.T.P. | 0.15 | $71.25 |
| 7/15/2022 | Spoke to Steve Moser. He advised that he sent addendum to his client for signature and that he will have it back to me some time next week. | K.T.P. | 0.15 | $71.25 |
| 7/28/2022 | Returned call from Mr. DeLucie. ████████████ | K.T.P. | 0.10 | $47.50 |
| 7/28/2022 | Spoke with DeLucie ██████████████████████ ████████████████████████ | K.T.P. | 0.25 | $118.75 |
| 7/28/2022 | Called Steve Moser to follow up re signature from Dubrow estate. He advised that we should have it by later today. | K.T.P. | 0.15 | $71.25 |
| 7/28/2022 | Received email from Steve Moser's office re settlement agreement. Responded and sent settlement agreement to his office via email. | K.T.P. | 0.25 | $118.75 |
| 7/29/2022 | Sent executed addendum to Jessica via email. | K.T.P. | 0.15 | $71.25 |
| 7/29/2022 | Spoke to client Bill Shannon ███████████ ████████████ | K.T.P. | 0.25 | $118.75 |
| 8/10/2022 | Spoke to OC re case. She advised that she will prepare a letter to the court to supplement the motion for settlement approval previously filed and explaining the new revisions to the original agreement. I advised that I would contact Neil Frank's attorney to see if we can reach an agreement on the fee portion of the settlement. | K.T.P. | 0.20 | $95.00 |
| 8/10/2022 | Called Ray Nardo and left message to call me back. | K.T.P. | 0.01 | $4.75 |
| 8/11/2022 | Gary Sobek ████████████████████████ █████████████████████ | L.K. | 0.01 | No Charge |
| 8/18/2022 | Spoke to Ray Nardo again about attorneys' fees. He said he will speak to Neil and get back to me. | K.T.P. | 0.10 | $47.50 |
| 8/19/2022 | Called OC and left message to call me back. | K.T.P. | 0.10 | $47.50 |
| 8/31/2022 | Reviewed draft of letter sent by OC requesting a | K.T.P. | 0.25 | $118.75 |

| | conference with the Court. | | | |
|---|---|---|---|---|
| 8/31/2022 | Called opposing counsel to discuss letter sent earlier today.  Agreed that the parties would request a conference with the Judge to address the fees portion of the settlement.  OC advised that she will revise the letter and send a new draft for my review. | K.T.P. | 0.25 | $118.75 |
| 9/9/2022 | Reviewed revised letter sent by OC.  Sent further revisions via email. | K.T.P. | 0.35 | $166.25 |
| 9/9/2022 | Gary Sobek ████████████████████████████ ██████████████████ | L.K. | 0.01 | No Charge |
| 9/13/2022 | Sent follow up email to Jessica re status of letter to Court. | K.T.P. | 0.10 | $47.50 |
| 9/19/2022 | Sent follow up email to Jessica re status of letter to Court. | K.T.P. | 0.10 | $47.50 |
| 9/30/2022 | Reviewed revised letter sent by Jessica. | K.T.P. | 0.25 | $118.75 |
| 10/3/2022 | Spoke to Ray Nardo re status of case.  He advised that he will draft an agreement between Neil and our office for allocation of attorneys' fees. | K.T.P. | 0.15 | $71.25 |
| 10/19/2022 | Called Jessica and left message to call me back. | K.T.P. | 0.10 | $47.50 |
| 10/19/2022 | Sent follow up email to Jessica re status of filing letter. | K.T.P. | 0.10 | $47.50 |
| 10/24/2022 | Reviewed email sent by client Michael Boneta ████ █████████ | K.T.P. | 0.10 | $47.50 |
| 11/1/2022 | Spoke to Ray Nardo about letter filed by Garda requesting a conference with Court. | K.T.P. | 0.20 | $95.00 |
| 11/1/2022 | Reviewed letter sent by Ray Nardo to Garda's counsel. | K.T.P. | 0.15 | $71.25 |
| 11/1/2022 | Reviewed letter filed by Ray Nardo requesting modification to fees portion of addendum. | K.T.P. | 0.15 | $71.25 |
| 11/1/2022 | Spoke to Jessica re letter filed by Ray Nardo. | K.T.P. | 0.20 | $95.00 |
| 11/28/2022 | Called Sarah Cioffi ██████████████████ ████ | K.T.P. | 0.10 | $47.50 |
| 11/30/2022 | Client Jimmy Adkins called. █████████████████ | K.T.P. | 0.10 | $47.50 |
| 2/1/2023 | Reviewed email from OC re status of matter and responded.  Confirmed that we will call the Court jointly next week to request status of motion. | K.T.P. | 0.15 | $71.25 |
| 2/2/2023 | Received call from Sarah Cioffi. ██████████ █████████████████████ | K.T.P. | 0.10 | $47.50 |
| 2/3/2023 | Received call from William Shannon. ████████ ██████████████████████ | K.T.P. | 0.10 | $47.50 |
| 2/3/2023 | Received call from Gary Sobek. ████████████ █████████████████████████████ | K.T.P. | 0.10 | $47.50 |
| 2/9/2023 | Mr. Sobek called ████████████████████ | L.K. | 0.01 | $1.85 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 2/10/2023 | Mr DeLucie ███ | L.K. | 0.01 | $1.85 |
| 2/13/2023 | Mr. Shannon ███ | L.K. | 0.01 | No Charge |
| 2/23/2023 | Sent email to OC re scheduling call with court. | K.T.P. | 0.10 | $47.50 |
| 3/1/2023 | Received call from William Shannon. Updated him on case and advised that motion still pending with the court. | K.T.P. | 0.10 | $47.50 |
| 3/1/2023 | Sent email to OC re scheduling call with court. | K.T.P. | 0.10 | $47.50 |
| 3/24/2023 | Called client Jimmy Adkins ███ | K.T.P. | 0.10 | $47.50 |
| 3/24/2023 | Theresa Torres ███ | K.T.P. | 0.10 | $47.50 |
| 4/12/2023 | Received call from client Gary Sobek. ███ | K.T.P. | 0.15 | $71.25 |
| 4/24/2023 | Bill Shannon called ███ | L.K. | 0.01 | $1.85 |
| 4/28/2023 | Called Jessica to discuss case.  Advised that I would contact Steve Moser for update on wage/hour matter. | K.T.P. | 0.25 | $118.75 |
| 5/12/2023 | Mr. Sobek called ███ | L.K. | 0.01 | $1.85 |
| 5/19/2023 | Sent Mr. Tanza copy of his signed retainer as per Kyle's request, and also a ccof invoice | L.K. | 0.01 | $1.85 |
| 5/31/2023 | Mr. DeLucie called ███ | L.K. | 0.01 | $1.85 |
| 6/26/2023 | Mr. Shannon called ███ | L.K. | 0.01 | $1.85 |
| 7/19/2023 | Mr. Sobek called ███ | L.K. | 0.01 | $1.85 |
| 7/24/2023 | Theresa Torres called ███ | L.K. | 0.01 | $1.85 |
| 7/25/2023 | Dennis DeLucie called ███ | L.K. | 0.01 | $1.85 |
| 7/25/2023 | Mr. Sobek called ███ | L.K. | 0.01 | $1.85 |
| 8/1/2023 | Dennis DeLucie called ███ | L.K. | 0.01 | $1.85 |
| 8/8/2023 | Call with counsel for Neil Frank re court order and motion for fees. | K.T.P. | 0.15 | $71.25 |
| 8/10/2023 | Reviewed Order from Court. | K.T.P. | 0.10 | $47.50 |
| 8/10/2023 | Call with OC re amended notice and consent forms pursuant to Court's order. | K.T.P. | 0.25 | $118.75 |
| 8/17/2023 | Reviewed and revised letter sent by OC requesting extension of deadline to submit additional documents in support of motion for preliminary approval.  Filed via ECF. | K.T.P. | 0.50 | $237.50 |
| 8/24/2023 | Reviewed email sent by OC with attached notice of settlement, consent to join and release form, as well as proposed Order. | K.T.P. | 0.60 | $285.00 |
| 8/24/2023 | Call with OC to discuss settlement forms sent. | K.T.P. | 0.30 | $142.50 |
| 8/24/2023 | Reviewed revised settlement forms sent by OC and filed via ECF. | K.T.P. | 0.40 | $190.00 |
| 9/7/2023 | Received call from William Shannon ███ | L.K. | 0.02 | $3.70 |

| | | | | |
|---|---|---|---|---|
| | ███████████████ | | | |
| 9/12/2023 | Received call from Jimmy Atkins, ██████████████ | L.K. | 0.01 | $1.85 |
| 9/14/2023 | Mr. Sobek called, ████████████████ | L.K. | 0.01 | $1.85 |
| 10/5/2023 | Mr. Sobek called ██████████████ | L.K. | 0.01 | $1.85 |
| 10/20/2023 | Mr. Sobek called ███████████████ | L.K. | 0.01 | $1.85 |
| 10/23/2023 | Mr. DeLucie called ██████ | L.K. | 0.01 | $1.85 |
| 11/9/2023 | Mr. Sobek called ███████████ he██████████ | L.K. | 0.01 | $1.85 |
| 11/17/2023 | Mr. DeLucie called ███████ t██ | L.K. | 0.01 | $1.85 |
| 12/4/2023 | Dennis Delucie called ████████ ████████ | L.K. | 0.01 | $1.85 |
| 1/18/2024 | Mr. Sobek called ██████ | L.K. | 0.02 | $3.70 |
| 1/23/2024 | Mr. DeLucie called █████████ | L.K. | 0.02 | $3.70 |
| 1/29/2024 | New client from Garda called - Elson Rodriguez ████████████ | L.K. | 0.02 | $3.70 |
| **SUBTOTAL** | | | **92.87** | **$42,293.80** |
| **Total Hours Performed To Date:** | | | **92.87** | **$42,293.80** |

| Invoice Summary | |
|---|---|
| **TOTAL** | **$0.00** |
| **Now Due As Per Retainer** | **$42,293.80** |