UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY TANZA, MICHAEL S. BOSMAN, ROBERT T. GIANI, GARY E. SOBEK, CHARLES INGEL, FRED H. SMITH, CARMELA A. SYZMANSKI, WILLIAM R. SHANNON, BARRY DUBROW, ALEXANDER CIOFFI, LANA BONGIOVI, JIMMY ADKINS, JUSTIN A. GRIFFIN, GLENNY V. ADON, and, MICHAEL BONETA, DIETER KERN, DENNIS J. DELUCIE, ALBERT VELASQUEZ, and JAMES R. HETTI, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  -v-<br><br>GARDA CL ATLANTIC, INC.,<br><br>        Defendant. | Case No. 15-CV-04394 (JMA)(AYS)<br><br>**NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel on behalf of Defendant GARDA CL ATLANTIC, INC. ("Defendant") in the above-captioned action.

Dated: Melville, New York
       February 8, 2024

LITTLER MENDELSON, P.C.

By:  */s/ Joseph A. Gusmano*
    Joseph A. Gusmano
    jgusmano@littler.com
    290 Broadhollow Road
    Suite 305
    Melville, NY  11747
    Telephone:  631.247.4700
    Facsimile:  631.760-8315

Attorneys for Defendant