

## Scott Michael Mishkin, PC ATTORNEYS AND COUNSELORS AT LAW

Scott Michael Mishkin, Esq.

One Suffolk Square
Suite 240
Islandia, New York 11749
Tel. 631-234-1154
Fax. 631.234.5048

Thirty-Four Pantigo Road
East Hampton, New York 11937
Tel. 631-234-1154
Fax. 631.234.5058

May 10, 2024

**VIA ECF**

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

Re: <u>Tanza, et al. v. Garda Security, Inc. et al.</u>
15-cv-4394 (JMA) (AYS)

Dear Judge Azrack:

As Class Counsel, we write with the consent of Defendants' counsel to respectfully request an adjournment of the parties' conference currently scheduled for May 14, 2024 in this matter.

By way of background, on January 19 2024, the Court issued an order granting preliminary approval of the parties' class action settlement. [ECF No, 162]. The Order set a final approval hearing on May 14, 2024, at 3:30 p.m., with the parties expected to file their motion for final approval fourteen days before. That same order required the parties to brief the issue of entitlement to attorney's fees, and provided "No deadlines shall run under the Agreement until the issue of fees and costs are resolved by the Court."

Class Counsel and counsel for Neil Frank filed their motion for attorney's fees and costs, to which Defendant responded. The motion is fully briefed, but the Court has yet to rule. As a result, no deadlines under the parties' settlement agreement (including the deadline to issue notice to the settlement class) has run.

Thus, this matter is not ripe for a final approval hearing. Thus, consistent with the Court's Order granting preliminary approval, which provided that the Court could adjourn the hearing, the parties respectfully request that the Court adjourn the May 14th fairness hearing. If the Court requires argument on the matter of attorneys' fees, parties' and interest parties' counsel are available for such argument on May 14th in lieu of the fairness hearing, but respectfully request that the hearing be held virtually in order to avoid incurring travel expenses of defendants' counsel to attend the hearing in-person.





**Scott Michael Mishkin, PC** ATTORNEYS AND COUNSELORS AT LAW

Your Honor's consideration is appreciated.

Respectfully submitted,

/s/ Scott Michael Mishkin

