Case 2:15-cv-04394-JMA-AYS   Document 172   Filed 05/28/24   Page 1 of 2 PageID #: 780

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
P.O. BOX 9014
CENTRAL ISLIP, NY 11722-9014

OFFICIAL BUSINESS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 28 2024 ★

LONG ISLAND OFFICE

Glenny V. Adon
53 12th Avenue
West Babylon, NY 11704

NIXIE         100   FE 1      0005/24/24
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

UTF      BC: 11722901414    *1483-02027-24-02

ACO,CONSOLIDATED,NPROSE

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:15-cv-04394-JMA-AYS

Tanza et al v. Garda Security, Inc. et al
Assigned to: Judge Joan M. Azrack
Referred to: Magistrate Judge Anne Y. Shields
related Case: 2:17-cv-03186-JMA-AYS
Cause: 05:704 Labor Litigation

Date Filed: 07/28/2015
Jury Demand: Plaintiff
Nature of Suit: 790 Labor: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2024 | | ORDER granting Motion to Adjourn Conference, ECF No. 171 . The hearing scheduled for May 14, 2024 is adjourned. The Court will address the rescheduling of the hearing in a separate order. Ordered by Judge Joan M. Azrack on 5/13/2024. (RT) (Entered: 05/13/2024) |

SCANNED