# RAYMOND NARDO, P.C.

A T T O R N E Y  A T  L A W

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email **Raymondnardo@gmail.com**

March 12, 2025

BY ECF

Hon. Joan M. Azrack  
United States District Judge  
United States District Court  
100 Federal Plaza  
Central Islip, NY 11772

   Re: Tanza v. Garda Security  
     15-CV-04394  
     16-CV-00641  
     17-CV-03185

Honorable Judge Azrack:

I represent Frank & Associates P.C., an interested party in the above matter. I am requesting a telephone status conference pertaining to counsel fees and any other remaining issues so that the class can be certified, and the settlement process may commence.

Thank you for your consideration.

                Respectfully submitted,

                RAYMOND NARDO, ESQ.

RN:rn  
cc: Counsel of Record by ECF