

CLERK OF U.S. DISTRICT COURT, E.D.N.Y.
100 FEDERAL PLAZA
P.O. BOX 9014
CENTRAL IS...

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 17 2025 ★
LONG ISLAND OFFICE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Fred H. Smith
365 Woodbridge Drive
Unit 8
Ridge, NY 11961-1126

ACO,CONSOLIDATED,NPROSE

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:15-cv-04394-JMA-AYS

Tanza et al v. Garda Security, Inc. et al
Assigned to: Judge Joan M. Azrack
Referred to: Magistrate Judge Anne Y. Shields
related Case: 2:17-cv-03186-JMA-AYS
Cause: 05:704 Labor Litigation

Date Filed: 07/28/2015
Jury Demand: Plaintiff
Nature of Suit: 790 Labor: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2025 | | SCHEDULING ORDER: The Fairness Hearing scheduled for December 10, 2025 at 3:00 PM is adjourned to January 13, 2026 at 4:00 PM in Courtroom 920 of the Central Islip Courthouse, 100 Federal Plaza, Central Islip, New York, 11722. The parties must file a motion for final approval (and any supplemental attorney's fees motion) no later than fourteen (14) days before the Fairness Hearing. Ordered by Judge Joan M. Azrack on 12/3/2025. (RT) (Entered: 12/03/2025) |