UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY TANZA, MICHAEL S. BOSMAN, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>-against-<br><br>Garda CL Atlantic, Inc.,<br><br>Defendant. | Case No. 15-cv-04394 (JMA) (AYS)<br>Case No. 2:17-CV-03185 (JMA)(AYS) |

# NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF A CLASS ACTION SETTLEMENT, SERVICE AWARD TO CERTAIN NAMED PLAINTIFFS, AND AWARD OF ATTORNEYS' FEES AND COSTS

PLEASE TAKE NOTICE, that upon the accompanying memorandum of law and exhibits annexed thereto, and all of the pleadings and prior proceedings had herein, Plaintiffs Anthony Tanza, Michael S. Bozman, Gary E. Sobek, Carmela Szymanski, Lana Bongiovi, Jimmy Adkins, Michael Boneta, Dennis Delucie, Albert Velazquez, and William Shannon, by their attorneys at the law firm Scott Michael Mishkin, P.C, will move the U.S. District Court for the Eastern District of New York on December 30, 2025, for an Order:

(a) granting final approval of the proposed class action settlement as set forth in the parties' settlement agreement and addendum (ECF Nos. 71, 151), and as modified by Defendant's April 29, 2025, letter (ECF No. 176);

(b) approving Named Plaintiffs Anthony Tanza, Michael S. Bozman, Robert T. Giani, Gary E. Sobek, Carmela Szymanski, Lana Bongiovi, Jimmy Adkins, Michael Boneta, Dennis Delucie, Albert Velazquez, James Lettis, Alexander Cioffi, Barry Dubrow (through his Estate), and William Shannon's receipt of Service Awards in the amount of $1,000 each from the gross

settlement fund;

  (d) approving Plaintiffs' former and current Class Counsel attorney's fees and costs, as set forth in Plaintiff's *Memorandum of Law in Support of Plaintiffs' Motion for Approval of Counsel Fees* (ECF No. 67) and the exhibits annexed thereto on terms the Court determines to be just;

  (e) approving the settlement administrator's costs;

  (f) dismissing these actions with prejudice; and

  (e) granting such other, further, or different relief as the Court deems just and proper.

Dated: Islandia, New York
   December 30, 2025

             **SCOTT MICHAEL MISHKIN, P.C.**

             /s/ Scott Michael Mishkin
          By: Scott Michael Mishkin
            One Suffolk Square Suite 240
            Islandia, New York 11749
            Telephone: (631) 234-1154
            Facsimile: (631) 234-5048

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on December 30, 2025, the foregoing was served electronically on via the Court's ECF system on all represented parties, interested parties, and their counsel of record and served via U.S. mail on all *pro se* parties as follows:

Fred H. Smith
365 Woodbridge Dr., Unit 8
Ridge, NY 11961-1126


Robert T. Giani
2324 Sycamore Ave
Wantagh, NY 11793

Dieter Kern
65 Lexington Ave
Babylon, NY 11704

James Lettis
4 Parnet Ct
Port Jefferson Station, NY 11776

|  |  |
|---|---|
| By: | /s/ Rebecca Cushing<br>Rebecca Cushing<br>Scott Michael Mishkin, P.C.<br>One Suffolk Square Suite 240<br>Islandia, New York 11749<br>Telephone:  (631) 234-1154<br>Facsimile:   (631) 234-5048 |