UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY TANZA, MICHAEL S. BOSMAN, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>-against-<br><br>Garda CL Atlantic, Inc.,<br><br>Defendant. | Case No.  15-cv-04394 (JMA) (AYS)<br>Case No. 2:17-CV-03185 (JMA)(AYS) |

## [PROPOSED] ORDER GRANTING MOTION FOR FINAL APPROVAL OF A CLASS ACTION SETTLEMENT, SERVICE AWARDS TO CERTAIN NAMED PLAINTIFFS, AND AWARD OF ATTORNEYS' FEES AND COSTS

On November 25, 2025, Plaintiffs Anthony Tanza, Michael S. Bozman, Gary E. Sobek, Carmela Szymanski, Lana Bongiovi, Jimmy Adkins, Michael Boneta, Dennis Delucie, Albert Velazquez, and William Shannon, by their attorneys Scott Michael Mishkin, P.C, submitted their Motion for Final Approval of Class Action Settlement, Service Awards to Certain Named Plaintiffs, and Award of Attorney's Fees and Costs. Defendant Garda CL Atlantic, LLC did not oppose the Motion.

The Court has considered Plaintiff's request for certification of the Rule 23 Class pursuant to the Federal Rule of Civil Procedure ("FRCP") 23(e) for settlement purposes, the Settlement Agreement and Release, Addendum, and Defendant's April 29, 2025, letter modifying the release as to Settlement Class Member John Rossi (ECF Nos. 71, 151, and 176), and hereby finds and Orders as follows:

1. The Court finds that the settlement memorialized in the Settlement Agreement, as amended by the Addendum and April 29 letter, is fair, reasonable, and adequate, and meets all requirements for final approval.

2. On August 12, 2025, the Court granted Preliminary Approval of the Settlement via its amended order.  On September 16, 2025, the Court-approved Notice Packet was mailed to all Class Members providing them with an opportunity to become Qualified Claimants, object to the Settlement, or request exclusion from the Settlement. A Fairness Hearing was held on December 10, 2025, and no Class Member objected to the Settlement and only one, *pro se* Plaintiff Dieter Kern, requested exclusion.

3. The Court grants Plaintiffs' Motion for Final Approval and:

(a) appoints Named Represented Plaintiffs Anthony Tanza, Michael S. Bozman, Gary E. Sobek, Carmela Szymanski, Lana Bongiovi, Jimmy Adkins, Michael Boneta, Dennis Delucie, Albert Velazquez, Barry Dubrow, through his Estate, and William Shannon as Settlement Class Representatives;

(b) appoints Scott Michael Mishkin, P.C. as Class Counsel;

(c) approves the scope of the release in the Settlement Agreement, including the carve-out for wage-hour claims under the New York Labor Law for Settlement Class Member John Rossi;

(d) approves Named Plaintiffs Anthony Tanza, Michael S. Bozman, Robert T. Giani, Gary E. Sobek, Carmela Szymanski, Lana Bongiovi, Jimmy Adkins, Michael Boneta, Dennis Delucie, Albert Velazquez, James Lettis, Alexander Cioffi, Barry Dubrow (through his Estate), and William Shannon's receipt of Service Awards in the amount of $1,000 each from the gross settlement fund;

(e) fixes the amount and manner of compensation to former Plaintiffs' counsel, Frank & Associates, P.C. and its principal attorney Neil M. Frank to be: _____ paid to _____;

(f) grants current Class Counsel's request for attorney's fees and costs in the amount of $_____;

(g) orders that all other claims for attorney's fees and costs incurred by any current or former counsel or firm appearing on behalf of any party to the actions is extinguished;

(h) approves the appointment of Rust Consulting as the Settlement Administrator and approves the parties' agreement to pay Rust Consulting $20,000 from the gross settlement fund; and

(i) dismisses these actions with prejudice upon the Effective Date of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated this ____ day of December, 2025.

_____
U.S. District Court Judge Joan M. Azrack