

# Scott Michael Mishkin, PC ATTORNEYS AND COUNSELORS AT LAW

Scott Michael Mishkin, Esq.

One Suffolk Square
Suite 240
Islandia, New York 11749
Tel. 631-234-1154
Fax. 631.234.5048

January 12, 2026

Hon. Joan M. Azrack
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Thirty-Four Pantigo Road
East Hampton, New York 11937
Tel. 631-234-1154
Fax. 631.234.5058

Re: Anthony Tanza et al v. Garda CL Atlantic, Inc.
15-CV-04394(JMA)(AYS)
17-CV-3185(JMA)(AYS)

Dear Judge Azrack,

As attorneys for all plaintiffs in the Class, this letter is respectfully submitted and unopposed by defendants' counsel, as for an in regard to tomorrow's Fairness Hearing for Your Honor to consider final approval of the settlement, attorney's fees and service awards and to advise the Court that appointed Kyle T. Pulis, Esq., Class Counsel of Scott Michael Mishkin PC for the Settlement Class is no longer employed with Scott Michael Mishkin PC.

Please know there are no other modifications to plaintiffs December 30, 2025, (ECF Nos 180 180-1 & 180-2) Notice of Unopposed Motion for Final Approval of a Class Action Settlement, Service Award to certain named Plaintiffs and Award of Attorney fees and that I will be appearing at tomorrow's Fairness Hearing representing all plaintiffs in the Class.

Respectfully submitted,

Scott Michael Mishkin