# CIVIL CAUSE FOR FAIRNESS HEARING

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 1/13/2026 **(CI)**     TIME: 4:00 PM          TIME IN COURT:  15 min.

CASE:    **Tanza et al v. Garda Security, Inc. et al**
         **2:15-cv-04394-JMA-AYS**

APPEARANCES:    For Plaintiffs: Scott Mishkin

For Defendant: Joseph Gusmano, Jessica Travers

Interested Party Neil Frank: Raymond Nardo

FTR:    CISCO

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set:
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone status conference is scheduled for   . Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are on the line.
- ☒ Other:  No parties appear to contest the settlement. Decision reserved.